AO91 (Rev. 12/03) Criminal Complaint                                AUSA  E. Paxton Warner

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:25-po-01893

Gabriela GUERRERO-Martinez
IAE
Mexico 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 08, 2025** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Gabriela GUERRERO-MARTINEZ was encountered by Border Patrol Agents near Roma, Texas on August 08, 2025. When questioned as to her citizenship, defendant stated that she was a citizen and national of Mexico. It was determined that she entered the United States illegally on August 08, 2025 by crossing the Rio Grande River near Roma, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Lainhart, Kayla  Border Patrol Agent
Signature of Complainant

Lainhart, Kayla    Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found on August 9, 2025, at 1:12 PM, at McAllen, Texas.

J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE